the paragraph numbered third, and, as so modified, affirmed, without costs of this appeal to either party. Held, that under the contract the brewing company was entitled to charge only the prevailing market or agreed price, but that question was not within the issues.

GLENDENING v. WESTERN UNION TELEGRAPH CO. (No. 6405.) (Supreme Court, Appellate Division, First Department. December 4, 1914.) Action by George C. Glendening against the Western Union Telegraph Company. From an order denying a motion for an order requiring plaintiff to separately state and number causes of action, and to strike from the complaint matters as irrelevant and redundant, defendant appeals. Modified and affirmed. See, also, 163 App. Div. 489, 148 N. Y. Supp. 552. Albert T. Benedict, of New York City, for appellant. George Gordon Battle, of New York City, for respondent.

PER CURIAM. Accepting the contention of the plaintiff that he attempted to and did set out but one cause of action in his complaint, paragraphs 8, 9, all but the first six lines of paragraph 19, and paragraph 22 are irrelevant and redundant to said cause of action so claimed to be alleged. The order appealed from should therefore be modified, by providing that the matter indicated should be stricken from the complaint, and, as so modified, affirmed, without costs to either party.

GOLDEN v. NEW YORK, N. H. & H. R. CO. (Supreme Court, Appellate Division, First Department. December 11, 1914.) Action by Bridget A. Golden, as administratrix, against the New York, New Haven & Hartford Railroad Company. No opinion. Motion granted, unless appellant complies with terms stated in order. Order filed.

GOLDENBAUM, Respondent, v. PERRERS, Appellant. (Supreme Court, Appellate Division, Fourth Department. November 11, 1914.) Action by Fred J. Goldenbaum against Ernest Perrers, doing business under the name and style of Deck Bros. No opinion. Judgment and order affirmed, with costs.

GOLDENBERG, Appellant, v. FULLER et al., Respondents. (Supreme Court, Appellate Division, First Department. November 20, 1914.) Action by Samuel L. Goldenberg against Paul Fuller and another. J. S. Wise, Jr., of New York City, for appellant. C. F. Brown, of New York City, for respondents. No opinion. Judgment affirmed, with costs. Order filed.

GOODENOUGH v. WOOD HARMON WARRANTY CO. (Supreme Court, Appellate Division, First Department. December 11, 1914.) Action by Elizabeth Goodenough against the Wood Harmon Warranty Company. No opinion. Motion denied, with $10 costs. Order filed. See, also, 149 N. Y. Supp. 1084.

In re GRANT'S WILL. (Supreme Court, Appellate Division, Second Department. December 4, 1914.) In the matter of the probate of the last will and testament of Mary Theresa Grant, deceased. No opinion. Order of the Surrogate's Court of Kings County affirmed, with $10 costs and disbursements. See, also, 150 N. Y. Supp. 1088.

In re GRANT'S WILL. (Supreme Court, Appellate Division, Second Department. December 18, 1914.) In the matter of the probate of the last will and testament of Mary Theresa Grant, deceased. No opinion. Motion for leave to appeal (from 150 N. Y. Supp. 1088) to the Court of Appeals denied, and temporary stay vacated.

GRAY v. WOODWARD. (Supreme Court, Appellate Division, First Department. December 24, 1914.) Action by Richard Gray against Robert B. Woodward. No opinion. Motion granted, without costs. Order filed.

In re GREEN. (Supreme Court, Appellate Division, Second Department. December 11, 1914.) In the matter of the intermediate account of Louis Z. Green, as committee, etc., of James I. Doran, an incompetent person. No opinion. Order affirmed, with $10 costs and disbursements.

GREENBERG, Respondent, v. GOLDBERG, Appellant, et al. (Supreme Court, Appellate Division, First Department. December 24, 1914.) Action by Abraham Greenberg against Meyer Goldberg, impleaded. N. S. Goetz, of New York City, for appellant. H. R. Elias, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

GREENBERG v. GOLDBERG & GREENBERG. (Supreme Court, Appellate Division, First Department. December 24, 1914.) Action by Abraham Greenberg against Goldberg & Greenberg. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

In re GURNEE et al. (Supreme Court, Appellate Division, Second Department. November 20, 1914.) In the matter of the judicial settlement of the accounts of Bell B. Gurnee and another, as sole acting executrices, etc., of Azuba F. Barney, deceased. No opinion. Decree of the Surrogate's Court of Westchester County (84 Misc. Rep. 324, 147 N. Y. Supp. 396) affirmed, with costs.

GUTTA PERCHA & RUBBER MFG. CO., Appellant, v. HOLMAN, Respondent. (Supreme Court, Appellate Division, First Department. December 24, 1914.) Action by the Gutta Percha & Rubber Manufacturing Company against Charles J. Holman, as Treasurer, etc. F. Pierce, of New York City, for appellant. F. T. Case, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 154 App. Div. 935, 139 N. Y. Supp. 1125.